**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
NOV 17 2006
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES of AMERICA, ) | |
| ) | |
| Petitioner, ) | Misc No. 06-91 |
| ) | |
| v. ) | 8:06cv760 |
| ) | |
| CHRISTOPHER D. O'GARA, ) | |
| ) | |
| Respondent. ) | |

## ORDER TO SHOW CAUSE

Upon the petition of the United States of America to enforce an Internal Revenue Service summons, and the attachments thereto,

IT IS ORDERED that a copy of this order, together with the petition and attachments thereto, be served on the respondent, and that such service be made pursuant to Rule 4 of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED within 20 days after service of copy of this order, the respondent shall file and serve a written response to the petition. If the respondent has any defense to present or motion to make in opposition to the petition, such defenses or motions, if any, shall be made in writing and filed with the Court, and copies served on the United States Attorney. Only those issues raised by motion or brought into controversy by responsive pleading(s) shall be considered by the Court. Any uncontested allegations in the petition shall be deemed admitted.

IT IS FURTHER ORDERED that, in the event no written response to the petition is filed and served in accordance with this order, or in the event the responses filed do not deny or controvert the allegations of the petition, the allegations in the petition will be deemed admitted,

*A cert copies list*

and an order will be entered compelling the respondent to comply with the summonses described in the petition.

IT IS FURTHER ORDERED that, in the event the respondent files a written response pursuant to this order which denies or controverts allegations of the petition, the respondent shall appear before the United States District Court in Omaha, Nebraska, at 11:00 a.m. on the 19th day of December, 2006, at Courtroom 6, to show cause why the respondent should not be compelled to comply with the Internal Revenue Service summons served on August 11, 2006.

Entered this 17 day of NOVEMBER, 2006.

By the Court:

UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

2